(October 28, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN ROBERTS, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.